UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUTH W. JAYNES,

       Plaintiff,                            Case No. 1:09-cv-407

v.                                          HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed February 27, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 18) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Award of Attorney Fee Pursuant to 42 U.S.C. § 406(b) (Dkts 14, 17) is GRANTED for the reasons stated, and as detailed, in the Report and Recommendation.


Dated: March 16, 2012                                  /s/Janet T. Neff
                                                                  JANET T. NEFF
                                                                  UNITED STATES DISTRICT JUDGE